IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __17-CV-204-GPG__
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JAN 23 PM 2:21

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

__FROESE, OLIVIA M__,
Plaintiff,

v.

__SWEDISH MEDICAL CENTER__,
Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff __FROESE, OLIVIA M__ is a citizen of __USA__ who presently resides at the following address:
   __15859 E. Utah Pl, Aurora, CO  80017__

2. Defendant __SWEDISH MEDICAL CENTER__ lives at or is located at the following address:
   __501 E. Hampden Ave, Englewood, CO  80113__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   __501 E. Hampden Ave, Englewood, CO, 80113__

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   _____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on **11/3/2015** (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on **10/26/16** (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ___ Race   ___ Color   ___ Religion

    ___ Sex   ___ National Origin

    **X** Other (please specify) **Disability, RETALIATION**

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ___ Failure to hire

    ___ Failure to promote

    **X** Demotion/discharge from employment

    **X** Other (please specify) **Disability, emotional abuse, distress**

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

1. I Olivia M. Froese, state that on 11/03/2015 I placed a complain to the EEOC for disability discrimination and retaliation against Swedish Medical Center my former employer, charge N° 846-2016-03033. I was wronly terminated because of my oxygen requirements and restrictions. I was denied the accommodations as a disable person.

2. I worked at Swedish Medical Center for almost 14 years as CNA, unit secretary and Telemetry tech. After I was released to work by my doctor the new Director Pam Ferlise on 10/22/2015 took me to the HR were the HR partner Philip Lucero was waiting for me. He told me that since I can do my duties as CNA there is not place to work for me anymore. Philip gave the turn to speak to the new director Pam and she gave me the disgusting look and told me that I cannot work at PCU (my floor) anymore because of my oxygen requirements. I was devastated and felt that the entire world crushed on me. I cried and most I felt judged, I felt horrible, emotional abused because of my disability

3. Philip then look at my release to work form that stated that I can only work for 4h until 5/5/16 (only 6 months, He denied me any type of work saying that there is nothing he can do for me. Philip told me that I can apply for unemployment the next day and when I did that he denied me the termination letter until further notice.

(Rev. 07/06)                                3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

4 - At that point I was denied Reasonable accommodation at work, I was denied long term disability, I was denied unemployment and the most hurtful thing I was judged and discriminated because of my oxygen requirements! I have been since then not only battleing with my Lupus but also depression because Pam Feelise opened a door for me, the door of shame, embarasing, unhappinest, I feel ugly, sick, humiliated, discuraged, unsecured, she took away my dignity as a disable person, she scared me for life when she pointed at my oxygen canula, when she said I was not ready because of my oxygen requirements and Philip Lucero did nothing to stop that.

5 - I underwent mental health therapy to be treated for depression, also took medications for it. I lost a lot, my health deteriorated even more, I succumbed in the attempt to find a job after I got unemployment, I felt rejected again.
My Lawyer Mark Berunem tried several times to contact Swedish for mediation, but he never got any answers, this is why I got the Right to sue letter.

6 - When I tried to take my 401(K) funds in June, 2016, the people in charge of it told me that I was still active and that they never terminated me. I had to do many phone calls and fix that on my own when this should never happened. They released the funds in early July of 2016.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

I want to pass and end this unfair situation, I may not live longer but I want the justice.

I am requesting a relief in a monetary alternative amount of $200,000 or what the court define. I believe that this amount is fair because of the discrimination, retaliation, emotional damage, deterioration of my health due to my depression caused by this situation and also the economic damage.

Date: 01/22/17

_____
(Plaintiff's Original Signature)

15859 E. Utah Pl
(Street Address)

Aurora, CO, 80017
(City, State, ZIP)

720-364-2178
(Telephone Number)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2016-03033 |
|---|---|---|

__Colorado Civil Rights Division__ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Olivia M. Froese | Home Phone (Incl. Area Code)<br>(720) 364-2178 | Date of Birth |
|---|---|---|

Street Address: 15859 E Utah Place, Aurora, CO 80017

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>SWEDISH MEDICAL CENTER HCA | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(303) 788-5000 |
|---|---|---|

Street Address: 501 E. Hampden Ave, Englewood, CO 80113

RECEIVED
NOV 03 2015
EEOC DENVER OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-01-2014     Latest: 11-03-2015
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been denied a reasonable accommodation, told I was discharged and retaliated against for taking part in a protected activity.

I am disabled as defined in the Americans with Disabilities Act of 1990, as amended and I was discriminated against because of my disability, regarded as disabled, denied a reasonable accommodation and retaliated against for taking part in a protected activity.

I was hired in October 29, 2001 to perform the duties of a Multi Skilled Clinical Technician.

In November 2014, I was diagnosed with a disability. As a result, I placed my employer on notice and I was on medical leave starting in November 2014 through on or around February 1, 2015.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 03, 2015
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-B (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Olivia M. Froese<br>15859 E Utah Place<br>Aurora, CO 80017 | From: | Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2016-03033 | Christopher D. Padilla,<br>Supervisory Investigator | (303) 866-1336 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____ for     OCT 2 6 2016
Elizabeth Cadle,               (Date Mailed)
Acting District Director

Jan 23, 2017

Enclosures(s)

cc: Mark Edwards, Esq.
Attorney at Law
2501 Park Plaza
Nashville, TN 37203

Mark Berumen
BLF BERUMEN LAW FIRM, PC
13900 E. Harvard Avenue, Suite 108
Aurora, CO 80014

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2016-03033 |

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

Soon after I returned to work, my disability required me to be on medical leave from February 14, 2015 through on or around April 24, 2015. With an accommodation, I was able to work until on or around May 26, 2015.

My disability required me to take medical leave and I was subsequently granted short-term disability leave for 21 weeks starting on May 26, 2015.

I applied for long-term disability, but Erin Simms told me I would most likely be denied.

On October 22, 2015, I presented Director Pam Ferlise with a return to work release form outlining my restrictions and stating I could return to work on November 5, 2015. However, she denied my request for an accommodation.

On October 22, 2015, I was then in communication with HR Business Partner Phillip Lucero. Mr. Lucero advised me orally that I had been terminated. However, in an email dated November 1, 2015, he wrote that I was still employed and he would have more information for me regarding accommodations for my work restrictions.

Due to conflicting information, I have not received long-term disability benefits and I cannot apply for unemployment benefits, despite what I was told by Mr. Lucero. Subsequently, my financial livelihood has been negatively impacted.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Nov 03, 2015            *[signature]*<br>Date               Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



## AURORA MENTAL HEALTH
CENTER

The records you requested are enclosed.

*This information has been disclosed to you from records protected by federal confidentiality rules [42 CFR Part 2]. The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.*

<u>Please direct any questions to:</u>
Mary Grissom, RHIT
303-617-2336
791 N. Chambers Rd.
Aurora, CO 80011

| |
|---|
| MRN: 571487 |
| OLIVIA FROESE |
| Print Date: 01/22/2016 |

Outpatient Progress Note Individual Therapy 12/22/2015 12:00:00 PM Encounter#:5957826
Client: OLIVIA FROESE DOB:▓▓▓▓▓ MRN:571487
Clinician: Electronic Signature(12/22/2015) Kohner, Scott LCSW
Attending: Hill, Thomas LPC

**SUBJECTIVE:**
Th met with Ct for ind therapy. Checked in on sxs and overall functioning. Discussed efforts to work on her resume and helpful as well as unhelpful social interactions she has had lately. Th provided cognitive resturing to Ct's negative thinking about herself and introduced Ct to cognitive diffusion skills. Th provided CBT, ACT, empathic listening, normalization, validation, problem solving therapy interventions, and solution focused therapy interventions.

DIAGNOSIS AND SYMPTOMS:                         Present      Last visit    Baseline
**Adjustment Disorder, With depressed mood: Low mood, tearfulness, or feelings of hope-lessness are predominant. F43.21**

**SUBSTANCE/HABITS:**
SUBSTANCE HISTORY:
    Cigarettes Denied,
    Alcohol Denied,

**ASSESSMENT:**
Ms. Froese appeared oriented x4 and receptive in response to interventions utilized/discussed in session. ORS/SRS scores discussed. No SI/HI indicated.
Patient: participated verbally in a constructive way, practiced effective communication skills, worked on goals and problems, shared self on a significant emotional level
Patient's Participation: active, attentive

**PLAN:**
Th and Ct to meet again on 1/7.
Discussed: Continue working toward treatment/recovery goals, Client has transportation

**SERVICE:**
Service: 90837 Ind  Ther (53 min +) (I spent 60 minutes on this service), Start at:12:00 PM, Stop at:01:00 PM
Action Code: MN, Location: Aurora Location, Program/Clinic: AMHC Viewpoint, Place Of Service: Aurora Location

4

| |
|---|
| MRN: 571487 |
| OLIVIA FROESE |
| Print Date: 01/22/2016 |

Outpatient Progress Note Individual Therapy 01/07/2016 9:00:00 AM Encounter#:5983078
Client: OLIVIA FROESE DOB:█████████MRN:571487
Clinician: Electronic Signature(01/07/2016) Kohner, Scott LCSW
Attending: Hill, Thomas LPC

**SUBJECTIVE:**
Th met with Ct for ind therapy. Checked in on sxs and overall functioning. Collaborated on tx plan together, discussed Ct strengths, and had Ct sign plan. Worked on all goals. Discussed recent improvement in mood due to a promising job interview that Ct had and improved relations with family. Discussed the role of Ct's spirituality to her well being.

**TREATMENT PLAN:**
Treatment Plan (01/07/2016 to 07/05/2016) Initial
Client Goal/s:"To be happy again."
Client Strengths:likes to read, spirtually minded, educated, patient, compassionate, likes to smile, caring about others
Treatment Focus:Adjustment Disorder, With depressed mood: Low mood, tearfulness, or feelings of hopelessness are predominant. Target Date: 07/05/2016,
     OBJECTIVE: To work on mood mgmt skills in order to help Ct cope with transistion to using oxygen and not working currenlty Target Date: 07/05/2016, CLINICIAN: Kohner, Scott
         OBJECTIVE MEASURE: Measure: 4=Very Good Progress 01/07/2016
         INTERVENTION: ind and group therapy as needed Target Date: 07/05/2016,, CLINICIAN: Kohner, Scott
     OBJECTIVE: To work on processing the experience of being fired because of needing oxygen Target Date: 07/05/2016, CLINICIAN: Kohner, Scott
         OBJECTIVE MEASURE: Measure: 4=Very Good Progress 01/07/2016
         INTERVENTION: ind and group therapy as needed Target Date: 07/05/2016,, CLINICIAN: Kohner, Scott
     Discharge Criteria: When Ct feels she no longer needs tx to help with adj issues, Clinician: Kohner, Scott
Date of next Service Plan: 07/05/2016

**DIAGNOSIS AND SYMPTOMS:**                          Present     Last visit    Baseline
**Adjustment Disorder, With depressed mood: Low mood, tearfulness, or feelings of hope-lessness are predominant. F43.21**

**SUBSTANCE/HABITS:**
SUBSTANCE HISTORY:
    Cigarettes Denied,
    Alcohol Denied,

**ASSESSMENT:**
 Ms. Froese appeared oriented x4 and receptive in response to interventions utilized/discussed in session. ORS/SRS scores discussed. No SI/HI indicated.
Patient: participated verbally in a constructive way, worked on goals and problems, shared self on a significant emotional level
Patient's Participation: active, attentive

**PLAN:**
 Th and Ct to meet again on 1/20.
Discussed: Continue working toward treatment/recovery goals, Client has transportation

2

|  | MRN: 571487 |
|---|---|
|  | OLIVIA FROESE |
|  | Print Date: 01/22/2016 |

Outpatient Evaluation Intake - Diagnostic Interview 12/07/2015 10:00:00 AM Encounter#:5924444
Client: OLIVIA FROESE DOB:████████ MRN:571487
Clinician: Electronic Signature(12/07/2015) Kohner, Scott LCSW
Attending: Hill, Thomas LPC

**PATIENT IDENTIFICATION AND CHIEF COMPLAINT:**
Patient Description: OLIVIA FROESE is a 50 y/o Latina female seeking tx for sxs of depression. Self-referred. BHI medicaid.

**HISTORY OF PRESENT ILLNESS:**
Ct signed admission agreement and disclosure statement while acknowledging terms and limits of confidentiality with this clinician. Ct received copy of privacy rights. Ct denies current or past HI/psychosis. Ct denies current SI, stating the last time she experienced SI was before she escaped an emotionally abusive relationship in Syria in 1996. Ct denies having any MH problems prior to April of this year when she was fired from her job of 14 years because of her needing to have Oxygen. Ct reports she has filed a claim against this employer. Ct complains of low mood, low energy, and low self-esteem on a regular basis as a result of this event. Ct endorsed 9/13 items on MDQ, did not indicated if they have occurred together, and indicates that they have been a minor problem.

| DIAGNOSIS AND SYMPTOMS: | Present | Last visit | Baseline |
|---|---|---|---|
| **Adjustment Disorder, With depressed mood: Low mood, tearfulness, or feelings of hope-lessness are predominant. F43.21** | | | |

**PAST HISTORY:**
Total Hospitalizations: 0,
RISK FACTORS:
    No history of Suicide Attempts, Violence/Assault, Self-Mutilation, OutPatient Treatment,

**MEDICAL DIAGNOSIS:**
Ct reports she has Lupis.

**SUBSTANCE/HABITS:**
Ct endorsed 0/4 items on CAGE assessment. Ct denies any past drug use or abuse of alcohol. Ct denies that she drinks currently. Ct denies Rx abuse.
SUBSTANCE HISTORY:
    Alcohol Denied,
    Cigarettes Denied,

**MEDICATIONS:**
See paper chart. Ct reports allergies to drugs but did not specify which.

**ALLERGIES ADVERSE REACTION:**
No Known Drug Allergies

**SOCIAL HISTORY:**
Ct denies military hx. Ct denies criminal hx. Ct reports she was in an emotionally abusive relationship in Syria in 1996 from which she escaped with her two daughters. Ct denies any other trauma. Ct reports she lives with her parents and husband of 15 years. Ct reports she was born in Peru, got an MD in Russia, and has a masters in health admin. Ct reports she worked in the medical field for the last 14 years but was fired in April of this year

5

MRN: 571487
OLIVIA FROESE
Print Date: 01/22/2016

Outpatient Evaluation Intake - Diagnostic Interview 12/07/2015 10:00:00 AM Encounter#:5924444
Client: OLIVIA FROESE DOB: ████████ MRN:571487
Clinician: Electronic Signature(12/07/2015) Kohner, Scott LCSW
Attending: Hill, Thomas LPC

Patient's Participation: active, attentive

**PLAN:**
Th and Ct to meet again on 12/22.
Discussed: Continue working toward treatment/recovery goals, Client has transportation

**SERVICE:**
Service: 90791 Intake  Lic (I spent 60 minutes on this service), Start at:10:00 AM, Stop at:11:00 AM
Action Code: MN, Location: Aurora Location, Program/Clinic: AMHC Viewpoint, Place Of Service: Aurora Location

7

# Individual Illness
## 10/22/2015

**Employee Name:** Olivia Froese
**Home Phone:** 720-364-2178
**Work Phone:**

## Illness Details

**Date of Visit:** 10/22/2015
**Dates Missed:** 5/27/2015 to 11/5/2015
**Employee Health Nurse:** Holmes, Shaundra RN
**Restrictions:** EE is immuncompromised and cannot be near patients who are sick. Chronic oxygen requirement for lung disease. 4 shift

## Job at Time of Illness

**Facility:** Swedish Medical Center
**Department:** 63817 PCU
**Occupation:** Multi Skilled Clinical Tech
**Work Schedule:** 8 00 AM to 4:30 PM
**Labor Grade:** Leave of Absence

## Notes

EE has note from MD that states she may return to work with the following restrictions: She is immunocompromised and cannot be near patients who are sick. Chronic oxygen requirement for lung disease. 4 hour daily schedule. Pam Ferlise, director, CANNOT accommodate these restrictions. EE has had office visit with HR and her director to discuss rtw plans.

**To:** 'omfroese@gmail.com'
**Subject:** Swedish Medical Center UPDATE

Hello Olivia –

It was nice speaking with you again this afternoon. Lisa Morris also shared the voicemail you left on her phone today. As we discussed yesterday & today, I'm waiting to get more information from Employee Health & Time Away From Work. Please know we are both committed to looking into the status of your leave & want to provide answers to your questions related to your employment status to share with you as quickly as possible. Please don't hesitate to contact me directly with questions or concerns.

Sincerely,

Phillip

Phillip D. Lucero

**HR Business Partner**
**Swedish Medical Center**

501 East Hampden Ave

Englewood, CO 80113
Office - 303-788-6198
Fax - 303-788-6029

phillip.lucero@healthonecares.com

cid:image001.png@01D09E1 0 2E0354E0



**Swedish Medical Center**

Human Resources
501 E. Hampden Ave.
Englewood, Colorado 80113
303.788.6060 Main Phone
303.788.6029 Fax

November 23, 2015

Olivia Froese
15859 E Utah Place
Aurora, CO 80017

Dear Ms. Froese:

Your last day worked was May 21, 2015 and you have not been able to return since that time. As of October 21, 2015, your Short Term Disability benefit was exhausted. Based on data received from Time Away From Work you have been on leave November 11, 2014 – January 31, 2015, February 15, 2015 – April 20, 2015, and May 27, 2015 –present.

Recently we received 4-hour shift & no patient care restrictions from your physician in order for you to return to work. We are unable to accommodate these restrictions. Unless there has been a change with the restrictions provided by your physician that we are unaware of at this time, or you contact us with a potential accommodation, we have determined to terminate employment effective on November 30, 2015.

If you have any questions regarding the policy, please contact me at 303-788-6198.

Thank you,

Phillip D. Lucero
HR Business Partner
Office - 303-788-6198
Fax - 303-788-6029
phillip.lucero@healthonecares.com

HCA
PEOPLE
PERFORMANCE
RESPONSIBILITIES